

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES OF AMERICA

CRIMINAL NO. **2012 CMD 015140**

vs.

ISSUED BY: **JOHN H BAYLY JR**

**KIMBERLY P HILL**

## BENCH WARRANT

May be served at any place within the jurisdiction of the United States
*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the <u>above-named</u> person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
( ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

---

**BASIS FOR WARRANT AND DESCRIPTION OF CHARGES:** Defendant failed to appear for a Probation Show Cause Hearing before Senior Judge John H Bayly Jr on August 5, 2013 11am.
**Sexual Solicitation**

---

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*

Extraterritorial Service of this Warrant is limited to:

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 8/5/2013.

BAIL FIXED BY THE COURT
AT: **No Bond to serve as a detainer.**

BY: _____
Superior Court of the District of Columbia
JOHN H BAYLY JR, Senior Judge

| Date Received: | Return: This warrant was received and executed with the arrest of the above named person. |
|---|---|
| Date Executed: | Signature of Arresting Officer |



CDFBW.DOC

CRIMINAL NO: **2012 CMD 015140**

### 18 USCS § 3041 (2012)
"For any offense against the United States, the offender may, by any justice or judge of the United States, or by any United States magistrate [United States magistrate judge], or by any chancellor, judge of a supreme or superior court, chief or first judge of common pleas, mayor of a city, justice of the peace, or other magistrate, of any state where the offender may be found, and at the expense of the United States, be arrested and imprisoned, or released as provided in chapter 207 o 'this title, as the case may be, for trial before such court of the United States as by law has cognizance of the offense.

### D.C. Code § 23-563(a) (2012)
"A warrant or summons for ... an offense punishable by imprisonment for more than one year issued by the Superior Court of the District of Columbia may be served at any place within the jurisdiction of the United States."

### D.C. Code § 23-563(c) (2012)
"A person arrested outside the District of Columbia on a warrant issued by the Superior Court of the District of Columbia shall be taken before a judge, commissioner, or magistrate, and held to answer in the Superior Court pursuant to the Federal Rules of Criminal Procedure as if the warrant had been issued by the United States District Court for the District of Columbia."

### D.C. Code § 23-1329(b) (2012)
"A warrant for the arrest of a person charged with violating a condition of release may be issued by a judicial officer and if such person is outside the District of Columbia he shall be brought before a judicial officer in the district where he is arrested and shall then be transferred to the District of Columbia for proceedings in accordance with this section."

### D.C. Code § 23-1329(d) (2012)
"Any warrant issued by a judge of the Superior Court for violation of release conditions or for contempt of court, for failure to appear as required, or pursuant to §23-1322(d)(7), may be executed at any place within the jurisdiction of the United States. Such warrants shall be executed by a United States marshal or by any other officer authorized by law."

### D.C. Code § 24-531.13 (2012)
"When a person has been ordered confined in a hospital for the mentally ill pursuant to this chapter and has escaped from such hospital, the court which ordered confinement shall, upon request of the government, order the return of the escaped person to such hospital. The return order shall be effective throughout the United States. Any federal judicial officer within whose jurisdiction the escaped person shall be found shall, upon receipt of the return order issued by the committing court, cause such person to be apprehended and delivered up for return to such hospital."

### D.C. Code § 24-304 (2012)
Upon the expiration of the term fixed for such probation, the probation officer shall report that fact to the court, with a statement of the conduct of the probationer while on probation, and the court may thereupon discharge the probationer from further supervision, or may extend the probation, as shall seem advisable. At any time during the probationary term the court may modify the terms and conditions of the order of probation, or may terminate such probation, when in the opinion of the court the ends of justice shall require, and when the probation is so terminated the court shall enter an order discharging the probationer from serving the imposed penalty; or the court may revoke the order of probation and cause the re-arrest of the probationer and impose a sentence and require him to serve the sentence or pay the fine originally imposed, or both, as the case may be, or any lesser sentence. If imposition of sentence was suspended, the court may impose any sentence which might have been imposed. If probation is revoked, the time of probation shall not be taken into account to diminish the time for which he was originally sentenced.

| REASON FOR ISSUANCE OF WARRANT | IN VIOLATION OF |
|---|---|
| Failure to Appear Generally | D.C. Code § 23-1327 (2012) |
| Failure to Appear- Witness | D.C. Code § 23-1327 (2012) |
| Failure to Appear- Sentencing | D.C. Code § 23-1327 (2012) |
| Failure to Appear- Extradition Hearing | D.C. Code § 23-703 (2012) |
| Violation of Conditions of Release | D.C. Code § 23-1329 (2012) |
| Escape from Jail | D.C. Code § 22-2601 (2012) |
| Escape from Mental Hospital | D.C. Code § 24-531.13 (2012) |
| Probation Violation | D.C. Code § 24-304 (2012) |

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### INFORMATION

DCTN: U12025172
Lockup No: _____
Case No: _____
Citation Date: 09/05/2012

The United States Attorney for the District of Columbia informs the Court that within the District of Columbia:

| Defendant's Name: | Kimberly | | Hill | 452810 | 2116418 | 09/23/1981 |
|---|---|---|---|---|---|---|
| | (First) | (MI) | (Last) | (PDID) | (CCNO) | (DOB) |

| Also Known As: | Kimberly | Portia | Hill | |
|---|---|---|---|---|
| | (First) | (Middle) | (Last) | |

Address: 4011 PENNHURST AVENUE, BALTIMORE MD

1  On or about August 18, 2012, within the District of Columbia, Kimberly Hill unlawfully invited, enticed, offered, persuaded, and agreed with Officer Barnes to engage in prostitution, and addressed Officer Barnes for the purpose of inviting, enticing, offering, persuading and agreeing to engage in prostitution. (Solicitation for Prostitution, in violation of 22 D.C. Code Section 2701, 2701.01 (2001 ed.))

Co-Defendants:

Rule 105: ☐   Judge: _____

### United States Attorney for the District of Columbia

| By: Assistant United States Attorney *[signature]* | Date: August 29, 2012 |
|---|---|
| By Officer: | Badge No.: |
| | PSA: 307   Domestic ☐ |

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
Vs.

**KIMBERLY P HILL**
DOB: 09/23/1981

JUDGMENT IN A CRIMINAL CASE
(Probation)

Case No. **2012 CMD 015140**
PDID: **452810**
DCDC No:

THE DEFENDANT HAVING BEEN FOUND GUILTY ON THE FOLLOWING COUNT(S) AS INDICATED BELOW:

| Count | Court Finding | |
|---|---|---|
| 1 | Found Guilty - Plea | Sexual Solicitation |

## SENTENCE OF THE COURT

Count 1 Sexual Solicitation Sentenced to 45 day(s) incarceration, execution of sentence suspended as to all, *Unsupervised Probation for 9 month(s), $50.00 VVCA, VVCA Due Date 12/15/2012

Defendant is hereby ordered placed on probation - See-Page 2 of this Order for Conditions of Probation; *upon release from either the courtroom or incarceration, Defendant must report to 300 Indiana Avenue, NW, Room 2070, Washington, DC, by the next business day after release from jail or prison.*

Total costs in the aggregate amount of $ ___50.00___ have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☐ have ☑ have not been paid. ☐ Appeal Rights Given ☐ Gun Offender Registry Order Issued ☐ Sex Offender Registration Notice Given ☐ Domestic violence notice given pohibiting possession/purchase of firearm or ammunition ☐ In addition to any condition of probation, restitution is made part of the sentence and judgment pursuant to D.C. Code § 16-711.

___10/24/2012___
Date

Certification by Clerk pursuant to Criminal Rule 32(d)

___10/24/2012___
Date

MARISA J DEMEO
Judge

Veda Rasheed
Deputy Clerk

Case: 2012 CMD 015140